**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND, et al.

      Plaintiffs,

v.

      Case No. 16-12962
      Hon. Bernard A. Friedman

BRD, Inc., et al.,

      Defendants.

---

| | |
|---|---|
| NOVARA TESIJA, P.L.L.C.<br>Bryan M. Beckerman (P51925)<br>Katina K. Gorman (P75135)<br>Attorneys for Plaintiffs<br>2000 Town Center, Ste. 2370<br>Southfield, MI 48075<br>(248) 354-0380<br>bmb@novaratesija.com<br>kkg@novaratesija.com | BRD, Inc., Lois Davis and Rikki B. Davis<br>In Pro Per<br>8000 Park Place<br>Brighton, MI  48116 |

---

### NOTICE OF VOLUNTARY DISMISSAL

      NOW COME the Plaintiffs, by and through their counsel, NOVARA TESIJA, PLLC, and hereby ask this Honorable Court for entry of a Voluntary Dismissal of Defendants BRD, Inc., Lois Davis and Rikki B. Davis without prejudice and without costs to any party.

      Respectfully submitted,

      NOVARA TESIJA, P.L.L.C.

      BY: /s/Bryan M. Beckerman
          Bryan M. Beckerman (P51925)
          Katina K. Gorman (P75135)
          Attorneys for Plaintiffs
          2000 Town Center, Suite 2370
          Southfield, MI  48075-1314
          (248) 354-0380
          bmb@novaratesija.com
          kkg@novaratesija.com

Dated:  September 13, 2016

W:\FUNDS\Mrcc\LITIGATION\BRD Inc\Pleadings\Notice Of Voluntary Dismissal.Doc